UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ASHLEY KEETON BROMLEY | CIVIL ACTION |
| VERSUS | NO. 19-9399 |
| JEFF CHAMBERLAIN | SECTION M (5) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation (R. Doc. 11), and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's suit is dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, and Local Rule 41.3.1.

New Orleans, Louisiana, this 10th day of August, 2020.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE